UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Sana Ebrahimi, § § § Plaintiff, § § versus § § United States Department of State, *et al.*, § § Defendants. § | Civil Action H-22-2750 |

# Final Dismissal

On Sana Ebrahimi's notice, this case is dismissed with prejudice; costs of court will be paid by the party incurring them. (5)

Signed on September 26, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge